| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | DANIEL KALEBA (CABN 223789)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5066 |
| 8 | daniel.kaleba@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 08-00640 EXE |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| ABEL GALLARDO-MACIAS, | ) | |
| Defendant. | ) | |

On September 17, 2008, the federal grand jury returned an Indictment against Abel Gallardo-Macias. On May 5, 2010, by Order of Reassignment to Executive Committee (Fugitive Status), this case was reassigned pursuant to General Order 44E.5. With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Gallardo-Macias without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against Gallardo-Macias.

DATED: April 28, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*Daniel Kaleba*

DANIEL KALEBA
Assistant United States Attorney

1  Leave is granted to the government to dismiss without prejudice the indictment against Abel
2  Gallardo-Macias.  It is further ordered that the arrest warrant issued in connection with the Indictment is
3  quashed.

6  Date:  April 29, 2020

   _____
   HON. PHYLLIS J. HAMILTON
   United States Chief District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton